**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DARIUS AMES,

                      Plaintiff,

     -against-                                       20 **CIVIL** 11081

                                                               **JUDGMENT**

CITY OF NEW YORK, SCOTT WILLIAMS,
ANTHONY PETERS, DARRYL E. FONTAINE,
IVAN VALLE, HANTZ MULLER, AND JOHN
OR JANE DOE 1-10, INDIVIDUALLY AND
OFFICIALLY IN THEIR CAPACITIES AS NEW
YORK CITY POLICE OFFICERS OR NEW
YORK CITY CORRECTION OFFICERS,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 27, 2023, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      March 27, 2023

                                                                    **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                            **BY:**        *K. Mango*

                                                                       **Deputy Clerk**